Calvin C. Thur
State Bar No. 001237
THUR & O'SULLIVAN, P.C.
2525 E. Arizona Biltmore Circle
Suite D-246
Phoenix, AZ 85016
(602) 222-9888
Email: firm@thurlaw.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Tucson Division

| | |
|---|---|
| BEATRICE CATRON,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>PACIFIC SPECIALTY INSURANCE COMPANY; et al.,<br><br>　　　　Defendants. | Civil Action No. **4:12-CV-00645-TUC-JGZ**<br><br>**PLAINTIFF'S NOTICE OF 30(b)(6) DEPOSITION** |

NOTICE IS HEREBY GIVEN that pursuant to FRCP 26 and 30, and 30(b)(6), the deposition will be taken upon oral examination of the person(s) designated below, before an officer authorized to administer oaths, at the time and place below indicated. If the names are not known a general description sufficient to identify those persons or the particular classes or groups to which those persons belong is given below.

1

**DEPONENT, DATE AND TIME OF DEPOSITION AND LOCATION:**

PACIFIC SPECIALTY INSURANCE COMPANY, pursuant to Rule 30(b)(6), F.R.C.P. on Thursday, **May 1, 2013 at 9:00 a.m.**, to be held at the Offices of Thur & O'Sullivan, P.C., 2525 E. Arizona Biltmore Circle, Suite D246, Phoenix, Arizona, 85016, by its Designee most knowledgeable regarding the following matters.

**MATTERS UPON WHICH EXAMINATION REQUESTED PURSUANT TO RULE 30(b)(6):**

(1) Designee(s) of Pacific Specialty Insurance Company: with knowledge regarding the decision to pay benefits for the dwelling damage in the summer of 2012 to the insured's home and, in particular, the individual or individual(s) who made that decision, their reasons for that decision, and their communications regarding that decision to the claims department at PSIC.

(2) Designee(s) of Pacific Specialty Insurance Company: with knowledge regarding the decision to pay benefits for the contents loss on February 26, 2013 and, in particular, the individual or individual(s) who made that decision, their reasons for that decision, and their communications regarding that decision to the claims department at PSIC.

1176nd5-30b6.doc

Dated April 12, 2013.

**THUR & O'SULLIVAN, P.C.**

/s/ Calvin C. Thur
By:_____
Calvin C. Thur (001237)
2525 E. Arizona Biltmore Circle
Suite D246
Phoenix, AZ 85016
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE:**

I hereby certify that on April 12, 2013 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants sent electronically and by hand-delivery:

**Larry D. Langley, Esq.**
**Langley Law Firm, P.C.**
**8170 N. 86th Place, Suite 100**
**Scottsdale, AZ 85258**
**ATTORNEYS FOR DEFENDANTS**

/s/ Jennifer L. Crismon

1176nd5-30b6.doc